UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DR. SURYA NALLANI,

        Defendant.
_____/

Case No. 11-20365

Honorable: Victoria A. Roberts

## **DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 2, 2016. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2016.

                                                      Philip A. Ross
                                                      Assistant United States Attorney
                                                      211 W. Fort Street, Suite 2001
                                                      Detroit, Michigan 48226
                                                      (313) 226-9790
                                                      philip.ross@usdoj.gov
                                                      (VA State Bar #70269)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# COURT CASE NUMBER: 11-20365; NOTICE OF FORFEITURE

Notice is hereby given that on June 01, 2016, in the case of <u>U.S. v. Surya Nallani</u>, Court Case Number 11-20365, the United States District Court for the Eastern District of Michigan entered an Order condemning and forfeiting the following property to the United States of America:

2006 Honda Odyssey VIN# 5FNRL38886B123470 (11-FBI-000088) which was seized from Srinivas Nallani on February 17, 2011 at 1229 Rothwell Drive, located in Troy, MI

2008 Toyota Yaris VIN# JTDBT923081244118 (11-FBI-000089) which was seized from Surya C. Nallani on February 17, 2011 at Allied Geriatric Services, P.C., 2328 Livernois Rd, located in Troy, MI

$774,584.12 in funds from Charter One Bank account numbers 4501065221 and 4514740992 held in the name of Allied Geriatric Services P.C. Acct# 4501065221 / 451474092 (11-FBI-000090), including the following items: 1 Check # 2000372456 in the amount of $158,602.57 from Charter One Bank account # 4514740992; 1 Check # 2000372455 in the amount of $615,981.55 from Charter One Bank account # 4501065221 which was seized from Surya Nallani on February 17, 2011 at Charter One Bank, 525 William Penn Place, Suite 153-2618, located in Pittsburgh, PA

$51,129.46 in funds from Bank Acct. 896038486 in the name of Allied Geriatric Services, P.C. at JP Morgan Chase Bank, Detroit, MI Acct# 896038486 (11-FBI-003534) which was seized from Surya Nallani on April 18, 2011 at JP Morgan Chase Bank, 611 Woodward Ave, located in Detroit, MI

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (June 02, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 231 W. Lafayette, Detroit, MI 48226, and a copy served upon Assistant United States Attorney Philip Ross, 211 W. Fort Street, Suite 2001, Detroit, MI 48226. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 2, 2016 and July 01, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Surya Nallani

**Court Case No:** 11-20365
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/02/2016 | 24.0 | Verified |
| 2 | 06/03/2016 | 24.0 | Verified |
| 3 | 06/04/2016 | 24.0 | Verified |
| 4 | 06/05/2016 | 24.0 | Verified |
| 5 | 06/06/2016 | 24.0 | Verified |
| 6 | 06/07/2016 | 24.0 | Verified |
| 7 | 06/08/2016 | 24.0 | Verified |
| 8 | 06/09/2016 | 24.0 | Verified |
| 9 | 06/10/2016 | 24.0 | Verified |
| 10 | 06/11/2016 | 24.0 | Verified |
| 11 | 06/12/2016 | 24.0 | Verified |
| 12 | 06/13/2016 | 24.0 | Verified |
| 13 | 06/14/2016 | 24.0 | Verified |
| 14 | 06/15/2016 | 24.0 | Verified |
| 15 | 06/16/2016 | 23.7 | Verified |
| 16 | 06/17/2016 | 24.0 | Verified |
| 17 | 06/18/2016 | 24.0 | Verified |
| 18 | 06/19/2016 | 24.0 | Verified |
| 19 | 06/20/2016 | 24.0 | Verified |
| 20 | 06/21/2016 | 24.0 | Verified |
| 21 | 06/22/2016 | 23.9 | Verified |
| 22 | 06/23/2016 | 24.0 | Verified |
| 23 | 06/24/2016 | 24.0 | Verified |
| 24 | 06/25/2016 | 24.0 | Verified |
| 25 | 06/26/2016 | 24.0 | Verified |
| 26 | 06/27/2016 | 24.0 | Verified |
| 27 | 06/28/2016 | 24.0 | Verified |
| 28 | 06/29/2016 | 24.0 | Verified |
| 29 | 06/30/2016 | 24.0 | Verified |
| 30 | 07/01/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.