PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.  Crim. No. 11-CR-20365-01

NALLANI, Surya

On 08/17/2016, the above named was placed on Probation for a period of <u>three</u> years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Melissa J. Hughes
*U.S. Probation Officer*
313-234-5428

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 1st day of September, 20 17.

S/Victoria A. Roberts
Victoria A. Roberts
*United States District Judge*